UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARQUITA BUTLER, ET AL.<br><br>*Plaintiff,*<br><br>v.<br><br>PP&G, INC., *et al.,*<br><br>*Defendants.* | Civil No. 1:20-CV-03084-JRR |

### ORDER

This matter came before the court for oral argument on Plaintiffs' Motion for Rule 37 Sanctions (ECF No. 45; the "Motion"). For the reasons set forth on the record in open court, it is this 11th day of October 2022:

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED,** in accordance with Federal Rule of Civil Procedure 37, that Defendants' responsive pleading at ECF 37 be **STRICKEN**; and further it is

**ORDERED** that **JUDGMENT BY DEFAULT** be entered in favor of Plaintiffs and against Defendants; and further it is

**ORDERED** that this matter be referred to a United States Magistrate Judge for a hearing on damages.

/S/

_____
Julie R. Rubin
United States District Court Judge