# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BRENDAN A. HURSON**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0782**<br>MDD_BAHChambers@mdd.uscourts.gov |

September 13, 2023

LETTER TO ALL COUNSEL OF RECORD

Re:   <u>Butler et al. v. PP&G, Inc.</u>
      Civil No. 20-3084-JRR

Dear Counsel:

Pending before the Court is Plaintiffs' Motion for Attorneys' Fees and Costs. ECF 78. Pursuant to this Court's Local Rules, a motion for attorneys' fees "must be supported by," among other things, "a detailed description of the work performed broken down by hours or fractions thereof expended on each task." Loc. R. 109.1.2(b) (D. Md. 2023); *see also* Loc. R. App. B(1)(a) ("Time shall be recorded by specific task and lawyer or other professional performing the task as set forth more fully in L.R. 109.1.b."). Plaintiffs have not included detailed time records with their motion. Without detailed time records broken down by task, the Court is unable to determine if the hours expended are reasonable. As such, the Court directs Plaintiffs to supplement their motion with the required time records by September 22, 2023.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Brendan A. Hurson
United States Magistrate Judge