IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARQUITA BUTLER, et al., | * | |
| **Plaintiffs,** | * | Civil Action No. 1:20-cv-03084-JRR |
| v. | * | |
| PP&G, INC. | * | |
| **Defendant.** | * | |

### PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS

In accordance with this Court's direction in its Order issued September 13, 2023 (Doc. 79), Plaintiffs Marquita Butler, Nicole Leach, Shante Jackson, Dorothy Ray, and Shantelle Niang (collectively, "Plaintiffs"), through counsel, submit this supplemental memorandum in support of their previously filed Motion for Attorneys' Fees and Costs. Doc. 78.

As the prevailing party via default in this Fair Labor Standards Act ("FLSA"), Maryland Wage and Hour Law ("MWHL"), and Maryland Wage Payment and Collection Act ("MWPCL") action, Plaintiffs are entitled to their reasonable attorneys' fees and costs. *See* Doc. 75. On July 10, 2023, Plaintiffs filed a Motion for Attorneys' Fees and Costs, seeking an award of $108,055.00 in attorneys' fees and $1,579.54 in costs, less any attorneys' fees and costs already paid to Plaintiffs by Defendant PP&G, Inc. Doc. 78. Based on its initial review of Plaintiffs' Motion, the Court directed Plaintiffs to supplement their Motion with detailed time records for the attorney or professional performing the tasks necessary for Plaintiffs' litigation. *See* Doc. 79.

As before, Plaintiffs seek a fee award of $108,055.00, an equivalent of 9.5% of the $1,134,364.22 damages award. In support of this petition, Plaintiffs rely upon the Supplemental Declaration of David W. Hodges and a copy of the contemporaneous timekeeping records of Hodges & Foty, LLP through July 10, 2023. *See* Exhibit A. Additionally, Plaintiffs incorporate by

reference herein all the materials submitted in support of their initial Motion for Attorneys' Fees and Costs (Doc. 78), including information about the experience of Plaintiffs' Counsel and professional staff at Hodges & Foty, LLP, their corresponding timekeeping practices, and the precedential authority entitling Plaintiffs to a reasonable award of attorneys' fees and costs.

Plaintiffs' Counsel has undertaken a diligent review of the salient time records before filing this supplement to delete excessive, redundant, clerical, or duplicative entries in the exercise of billing judgment. As such, the Court should find Plaintiffs' voluntarily reduced hours and rates as sufficient to render the requested fee award as reasonable.

## **CONCLUSION**

Given the reasonableness of the requested fee award of $108,055.00 and $1,579.54 in costs, Plaintiffs respectfully request the Court grant the underlying Motion in full. Plaintiffs further request any such relief to which they may be entitled at law or in equity.

Date: September 22, 2023                                     Respectfully submitted,

                                                     */s/ David W. Hodges*
David W. Hodges (*Pro Hac Vice*)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dhodges@hftrialfirm.com

Suvita Melehy (MD Bar No. 13068)
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Tel: (301) 587-6364
Fax: (301) 587-6308

*Counsel for Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                  */s/ David W. Hodges*
                                  David W. Hodges